# CIVIL COVER SHEET

JS 44C/SDNY
REV. 07/08/16

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Terre Beach, individually and on behalf of herself and all others similarly situated

**DEFENDANTS**
JPMorgan Chase Bank, National Association, Board of Directors for JPMorgan Chase Bank, National Association, JPMorgan Chase & Company, Board of Directors for JPMorgan Chase & Company, the Compensation & Management

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Joseph H. Meltzer, Esq. (jmeltzer@ktmc.com)
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road, Radnor, PA 19087
Tel: (610) 667-7706 Fax: (610) 667-7056

**ATTORNEYS (IF KNOWN)**
Unknown

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This is a class action brought pursuant to §§ 409 and 502 of the ERISA of 1974, 29 U.S.C. §§ 1109 & 1132 for breach of fiduciary duties

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]     Judge Previously Assigned

If yes, was this case Vol. [ ]   Invol. [ ]   Dismissed. No [X] Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [X]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                         NATURE OF SUIT

**TORTS**                                              **ACTIONS UNDER STATUTES**

**CONTRACT**

[ ] 110  INSURANCE
[ ] 120  MARINE
[ ] 130  MILLER ACT
[ ] 140  NEGOTIABLE INSTRUMENT
[ ] 150  RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151  MEDICARE ACT
[ ] 152  RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153  RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160  STOCKHOLDERS SUITS
[ ] 190  OTHER CONTRACT
[ ] 195  CONTRACT PRODUCT LIABILITY
[ ] 196  FRANCHISE

**REAL PROPERTY**

[ ] 210  LAND CONDEMNATION
[ ] 220  FORECLOSURE
[ ] 230  RENT LEASE & EJECTMENT
[ ] 240  TORTS TO LAND
[ ] 245  TORT PRODUCT LIABILITY
[ ] 290  ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

[ ] 310  AIRPLANE
[ ] 315  AIRPLANE PRODUCT LIABILITY
[ ] 320  ASSAULT, LIBEL & SLANDER
[ ] 330  FEDERAL EMPLOYERS' LIABILITY
[ ] 340  MARINE
[ ] 345  MARINE PRODUCT LIABILITY
[ ] 350  MOTOR VEHICLE
[ ] 355  MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360  OTHER PERSONAL INJURY
[ ] 362  PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 440  OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441  VOTING
[ ] 442  EMPLOYMENT
[ ] 443  HOUSING/ ACCOMMODATIONS
[ ] 445  AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446  AMERICANS WITH DISABILITIES -OTHER
[ ] 448  EDUCATION

**PERSONAL INJURY**

[ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING

[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**

[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[X] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV

[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE

[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS

[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION

[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[✓] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____  OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

| (PLACE AN x IN ONE BOX ONLY) | ORIGIN | | | | | |
|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation (Transferred) | [ ] 7 Appeal to District Judge from Magistrate Judge |
| | [ ] a. all parties represented | | | | | |
| | [ ] b. At least one party is pro se. | | | [ ] 8 Multidistrict Litigation (Direct File) | | |

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Terre Beach
2303 Bradley Drive
Plainfield, Illinois 60586
(Will County)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
See Attached.

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

### COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21. DO NOT check either box if this is a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE 1/25/2017    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
RECEIPT #    /s/ Joseph H. Meltzer    [x] YES (DATE ADMITTED Mo. 08 Yr. 2012 )
Attorney Bar Code # JM8493

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

| NAME OF DEFENDANT | ADDRESS | COUNTY |
|---|---|---|
| JPMorgan Chase & Company | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| JPMorgan Chase Bank, National Association | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Compensation & Management Development Committee | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Board of Directors for JPMorgan Chase Bank, National Association | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Linda B. Bammann | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| James A. Bell | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Crandall C. Bowles | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Stephen B. Burke | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| James S. Crown | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Jamie Dimon | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Timothy P. Flynn | c/o JPMorgan Chase & Company<br>270 Park Avenue | New York County |

| | | |
|---|---|---|
| | New York, New York 10017-2070 | |
| Laban P. Jackson, Jr | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Michael A. Neal | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Lee R. Raymond | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| William C. Weldon | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Frank J. Bisignano | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Matthew E. Zames | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Board of Directors for JPMorgan Chase & Company, the Selection Committee | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Chief Financial Officer and Director | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Head of Human Resources for JPMorgan Bank | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| John C. Donnelly | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |

| Marianne Lake | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
|---|---|---|
| Employee Plans Investment Committee | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Thelma Ferguson | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| J.P. Morgan Investment Management Inc. | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Benefits Director of JPMorgan Chase & Co | 270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Bernadette J. Branosky | c/o JPMorgan Chase & Company<br>270 Park Avenue<br>New York, New York 10017-2070 | New York County |
| Additional "John Doe Defendants" | unknown | New York County |