```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TERRE BEACH,                                                            :
:
                            Plaintiff,           :      17-CV-563 (JMF)
:
   -v-                                                                  :
:
JPMORGAN CHASE BANK et al.,                                             :
:
                            Defendants.          :
:
------------------------------------------------------------------------X
:
FERDINAND ORELLANA,                                                     :
:
                            Plaintiff,           :
:
   -v-                                                                  :      17-CV-1575 (JMF)
:
JPMORGAN CHASE & CO. et al.,                                            :
:      <u>ORDER</u>
                            Defendants.          :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 25, 2017, Terre Beach filed a complaint against JPMorgan Chase Bank and its affiliates, board, committees, and officers in 17-CV-563 (JMF), alleging violation of Sections 409 and 502 of the Employee Retirement Income Security Act of 1974. (17-CV-563, Docket No. 1). Separately, on March 2, 2017, Plaintiff Ferdinand Orellana filed a complaint against many of the same defendants, alleging similar claims and asking for similar relief in 17-CV-1575 (JMF). (17-CV-1575, Docket No. 1). As of this Order, no motion for consolidation has been filed, but 17-CV-1575 (JMF) has been accepted by the Court as related to 17-CV-563 (JMF), and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases, at least for pretrial purposes. The parties in each case are directed to file letters no later than **March 15, 2017**, not to exceed three single-spaced pages each, indicating their views on whether the cases should be consolidated and discussing the effects, if any, of such consolidation, including but not limited to whether there is a need for appointment of Lead Plaintiffs in the cases.

It is further ORDERED that Plaintiff in each of the cases shall promptly serve a copy of this Order on each of the defendants in their various cases and file proof of service on the docket.

SO ORDERED.

Dated: March 8, 2017
New York, New York

/JESSE M. FURMAN
United States District Judge