UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| TERRE BEACH, *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, JPMORGAN CHASE & COMPANY, *et al.*,<br><br>       Defendants. | Case No. 17-CV-00563-JMF |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF DEFENDANTS' MOTION TO
### DISMISS THE CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Consolidated Amended Complaint, dated May 5, 2017; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint; the attached Declaration of Susan L. Saltzstein, dated June 15, 2017, and exhibits thereto; and upon all prior papers and proceedings had herein, Defendants JPMorgan Chase Bank, National Association, JPMorgan Chase & Company, Compensation & Management Development Committee of the Board of Directors for JPMorgan Chase & Company, the Selection Committee, the Employee Plans Investment Committee, J.P. Morgan Investment Management Inc., Head of Human Resources for JPMorgan Chase & Co., Chief Financial Officer for JPMorgan Chase & Co., Benefits Director of JPMorgan Chase & Co., Stephen B. Burke, Lee R. Raymond, William C. Weldon, John C. Donnelly, Marianne Lake, Bernadette J. Branosky, Thelma Ferguson, and John Does 1-20 will move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) and the

Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1101 *et seq.*, for an Order (a) dismissing the Complaint with prejudice; and (b) granting such other and further relief as this Court may deem just and proper.

Dated: June 15, 2017
       New York, New York

/s/ Susan L. Saltzstein
Susan L. Saltzstein
James R. Carroll (*pro hac vice pending*)
Michael S. Hines (*pro hac vice pending*)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
susan.saltzstein@skadden.com
james.carroll@skadden.com
michael.hines@skadden.com

Counsel for Defendants
JPMorgan Chase Bank, National Association, JPMorgan Chase & Company, Compensation & Management Development Committee of the Board of Directors for JPMorgan Chase & Company, the Selection Committee, the Employee Plans Investment Committee, J.P. Morgan Investment Management Inc., Head of Human Resources for JPMorgan Chase & Co., Chief Financial Officer for JPMorgan Chase & Co., Benefits Director of JPMorgan Chase & Co., Stephen B. Burke, Lee R. Raymond, William C. Weldon, John C. Donnelly, Marianne Lake, Bernadette J. Branosky, Thelma Ferguson, and John Does 1-20