AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Terre Beach, Antoinette Fondren, Ferdinand Orellana, William Stirsman, Sean Daly, and James C. Monaghan, individually and on behalf of themselves and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br> JPMorgan Chase Bank, N.A., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  17-cv-0563-JMF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark K. Gyandoh, Esq. (mgyandoh@ktmc.com)
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/10/2017                                                            /s/ P. Canales
                                                                           *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-0563-JMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* All Defendants on the attached rider
was received by me on *(date)* July 27, 2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michael Hines , who is
designated by law to accept service of process on behalf of *(name of organization)* All Defendants on
the attached rider on *(date)* July 27, 2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 27, 2017

*Server's signature*

Mark K. Gyandoh, Counsel for Plaintiffs
*Printed name and title*

Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Rd., Radnor PA  19087
*Server's address*

Additional information regarding attempted service, etc:

Rider to Summons Request

| NAME OF DEFENDANT | ADDRESS |
|---|---|
| Terry Belton | 270 Park Avenue<br>New York, New York 10017-2070 |
| Corrine Burger | 270 Park Avenue<br>New York, New York 10017-2070 |
| Sally Durdan | 270 Park Avenue<br>New York, New York 10017-2070 |
| Tom Horne | 270 Park Avenue<br>New York, New York 10017-2070 |
| Bei Ling | 270 Park Avenue<br>New York, New York 10017-2070 |
| Pablo Sanchez | 270 Park Avenue<br>New York, New York 10017-2070 |
| Erik Umlauf | 270 Park Avenue<br>New York, New York 10017-2070 |
| David Watson | 270 Park Avenue<br>New York, New York 10017-2070 |
| Michael Weinbach | 270 Park Avenue<br>New York, New York 10017-2070 |