USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TERRE BEACH, *individually and on behalf of all others* :
*similarly situated*, :
: 
: 
                         Plaintiff, :     17-CV-563 (JMF)
      -v- :
:      ORDER
JPMORGAN CHASE BANK, NATIONAL :
ASSOCIATION, et al., :
:
                        Defendants. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For reasons to be stated orally at a conference to be held on **April 24, 2018**, at **11:00 a.m.**, Defendants' motion is GRANTED with respect to Plaintiffs' disclosure-related claims and otherwise DENIED. Unless and until the Court orders otherwise, Defendants shall file an answer to Plaintiffs' remaining claims **within three weeks of this Order**. Further, in accordance with the Notice of Initial Pretrial Conference, (Docket No. 6), the parties shall file a joint letter and proposed Case Management Plan no later than the Thursday before the conference. The Clerk of Court is directed to terminate Docket No. 58.

      SO ORDERED.

Dated: March 29, 2018
       New York, New York

                                                 _____
                                                 JESSE M. FURMAN
                                             United States District Judge