

Writer's Direct Dial: 610-822-0260
E-Mail: llambport@ktmc.com

January 10, 2020

**VIA ECF and EMAIL**

Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 1105
New York, New York 10007

> The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.
>
> The Clerk of Court is directed to terminate ECF No. 196. SO ORDERED.
>
> *[signature]*
>
> January 14, 2020

Re: *Fondren v. JPMorgan Chase Bank, et al.*,
No. 1:17-cv-00563 (S.D.N.Y.)

Dear Judge Furman:

As Class Counsel for plaintiffs in the above-referenced action, and in accordance with Part 3(A) of Your Honor's Individual Practices in Civil Cases, I write to request leave to file redacted versions of: (i) plaintiffs' memorandum of law in opposition to defendants' motion for partial summary judgment and in further support of plaintiffs' summary judgment motion, and (ii) plaintiffs' response to defendants' statement of material facts. These documents contain references to confidential information as identified by defendants under the Protection and Exchange of Confidential Information Order [ECF No. 64] entered in this case.

Pursuant to Part 7.C(i) of Your Honor's Individual Practices, plaintiffs are filing together with this letter redacted copies of each of the above-referenced documents and will, in accordance with Part 7.C(ii), email to Chambers the unredacted copies, as well as copies highlighting the information that has been redacted in the publicly filed versions.

Plaintiffs therefore respectfully request that Your Honor enter an Order permitting plaintiffs to file the aforementioned documents in redacted form on the Court's Electronic Case Filing system.

Respectfully submitted,

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

/s/ *Lisa M. Port*
Lisa M. Port

Attachments (via email)
cc: All counsel of record (via ECF and email)

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001  info@ktmc.com
WWW.KTMC.COM