# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

500 BOYLSTON STREET

BOSTON, MASSACHUSETTS 02116
———
TEL: (617) 573-4800
FAX: (617) 573-4822
www.skadden.com

FIRM/AFFILIATE OFFICES
———
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(617) 573-4801
DIRECT FAX
(617) 305-4801
EMAIL ADDRESS
JAMES.CARROLL@SKADDEN.COM

April 7, 2020

> The parties shall file a motion for preliminary approval of the settlement **by May 22, 2020**. In light of the settlement in principle, the pending motions are denied without prejudice to renewal in the event that the settlement is not approved or is otherwise terminated. The Clerk of Court is directed to terminate ECF Nos. 166, 169, 177, and 189. SO ORDERED.
>
> *[signature]*
>
> April 7, 2020

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
United States District Court
　for the Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

RE:　<u>Beach, et al. v JPMorgan Chase Bank, N.A., et al.</u>, 17-cv-00563-JMF

Dear Judge Furman:

　　We represent Defendants in the above-referenced action, and write jointly with Plaintiffs to notify the Court that Plaintiffs and Defendants have reached an agreement in principle to settle this action on a class-wide basis. The parties anticipate that they will finalize the settlement agreement and submit a motion for preliminary approval of the settlement by May 22, 2020.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ James R. Carroll

　　　　　　　　　　　　　　　　James R. Carroll

cc:　All counsel of record