UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
TERRE BEACH, *et al.*, individually and on behalf
of themselves and all others similarly situated,     :

                          Plaintiffs,     :   Civil Action
                                        17-CV-00563-JMF
      v.     :

JPMORGAN CHASE BANK, NATIONAL             :
ASSOCIATION, JPMORGAN CHASE &
COMPANY, *et al.*,                        :

                         Defendants.     :

------------------------------------- x

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT**

Please take notice that, upon the accompanying Memorandum of Law, the accompanying Declaration of Joseph H. Meltzer (and the exhibits thereto), and all files, records, and proceedings in this matter, Plaintiffs will move this Court, before The Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, NY 10007, pursuant to Federal Rule of Civil Procedure 23, for an order (1) preliminarily approving the parties' Class Action Settlement Agreement (which is attached as Exhibit 1 to the Declaration of Joseph H. Meltzer); (2) approving the proposed Notice and authorizing distribution of the Notice; (3) scheduling the Fairness Hearing; and (4) granting such other relief as set forth in the proposed Preliminary Approval Order submitted herewith.  This motion is not opposed by Defendants, who are also parties to the Settlement Agreement.

Dated: May 22, 2020

Respectfully submitted,

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**

<u>/s/ *Lisa M. Port*</u>
Joseph H. Meltzer
Donna Siegel Moffa
Lisa M. Port
Joshua Materese
Jonathan F. Neumann
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
(610) 667-7056 (fax)
Email: jmeltzer@ktmc.com
       dmoffa@ktmc.com
       llambport@ktmc.com
       jmaterese@ktmc.com
       jneumann@ktmc.com

David S. Preminger
Tanya Korkhov
**KELLER ROHRBACK L.L.P.**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: 646-380-6690
Fax: 646-380-6692
Email: dpreminger@kellerrohrback.com
       tkorkhov@kellerrohrback.com

Lynn Lincoln Sarko
Derek W. Loeser
Erin M. Riley
Gretchen S. Obrist
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: 206-623-1900
Fax: 206-623-3384
Email: lsarko@kellerrohrback.com
       dloeser@kellerrohrback.com
       eriley@kellerrohrback.com
       gobrist@kellerrohrback.com

Kai Richter
Carl F. Engstrom
Jacob Schutz
*admitted in W.D.N.Y.
Mark E. Thomson
**NICHOLS KASTER, PLLP**
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-338-4878
Email: krichter@nka.com
       cengstrom@nka.com
       jschutz@nka.com
       mthomson@nka.com

Samuel H. Rudman
Evan J. Kaufman
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Tel: 631-367-7100
Fax: 631-367-1173
Email: srudman@rgrdlaw.com
       ekaufman@rgrdlaw.com

2

Mark K. Gyandoh
**CAPOZZI ADLER, P.C.**
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
Fax: (717) 233-4103
Email: markg@capozziadler.com

Shannon L. Hopkins (SH-1887)
Stephanie Bartone
**LEVI & KORINSKY LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (866) 367-6510
Email: shopkins@zlk.com
         sbartone@zlk.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which will send a notification to all counsel of record.

/s/ *Lisa M. Port*
Lisa M. Port