UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
TERRE BEACH, *et al.*, individually and on behalf
of themselves and all others similarly situated,   :

                              Plaintiffs,   :   Civil Action
                                        17-CV-00563-JMF
      v.   :

JPMORGAN CHASE BANK, NATIONAL   :
ASSOCIATION, JPMORGAN CHASE &
COMPANY, *et al.*,   :

                              Defendants.   :

------------------------------------- x

**NOTICE OF PLAINTIFFS' MOTION
FOR FINAL APPROVAL OF SETTLEMENT**

Please take notice that Plaintiffs, by and through their undersigned counsel, will move this Court, on **September 22, 2020 at 3:30 p.m.** before The Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, NY 10007, for entry of the accompanying Order Granting Final Approval to Class Action Settlement and Entering Final Judgment and Dismissal, which is attached to this Motion for the Court's convenience. In support of this motion, Plaintiffs will rely on the accompanying memorandum of law and the authorities cited therein; the Declaration of Joseph H. Meltzer (and the exhibits thereto); the Court's Preliminary Approval Order (ECF No. 213); and all files, records and proceedings in this matter. This Motion is not opposed by Defendants.

Dated: August 21, 2020                                Respectfully submitted,

                                                      **KESSLER TOPAZ**
                                                      **MELTZER & CHECK, LLP**

                                                      /s/ *Lisa M. Port*
                                                      Joseph H. Meltzer
                                                      Donna Siegel Moffa
                                                      Lisa M. Port
                                                      Joshua Materese
                                                      Jonathan F. Neumann
                                                      280 King of Prussia Road
                                                      Radnor, Pennsylvania 19087
                                                      (610) 667-7706
                                                      (610) 667-7056 (fax)
                                                      Email: jmeltzer@ktmc.com
                                                              dmoffa@ktmc.com
                                                              llambport@ktmc.com
                                                              jmaterese@ktmc.com
                                                              jneumann@ktmc.com

David S. Preminger                                    Kai Richter
Tanya Korkhov                                         Carl F. Engstrom
**KELLER ROHRBACK L.L.P.**                            Jacob Schutz
1140 Avenue of the Americas, 9th Floor                *admitted in W.D.N.Y.
New York, NY 10036                                    Mark E. Thomson
Tel: 646-380-6690                                     **NICHOLS KASTER, PLLP**
Fax: 646-380-6692                                     4600 IDS Center
Email: dpreminger@kellerrohrback.com                  80 S 8th Street
        tkorkhov@kellerrohrback.com                   Minneapolis, MN 55402
                                                      Tel: 612-256-3200
Lynn Lincoln Sarko                                    Fax: 612-338-4878
Derek W. Loeser                                       Email: krichter@nka.com
Erin M. Riley                                                 cengstrom@nka.com
Gretchen S. Obrist                                            jschutz@nka.com
**KELLER ROHRBACK L.L.P.**                                    mthomson@nka.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052                                Samuel H. Rudman
Tel: 206-623-1900                                     Evan J. Kaufman
Fax: 206-623-3384                                     **ROBBINS GELLER RUDMAN**
Email: lsarko@kellerrohrback.com                              **& DOWD LLP**
        dloeser@kellerrohrback.com                    58 South Service Road, Suite 200
        eriley@kellerrohrback.com                     Melville, NY 11747
        gobrist@kellerrohrback.com                    Tel: 631-367-7100
                                                      Fax: 631-367-1173
                                                      Email: srudman@rgrdlaw.com
                                                              ekaufman@rgrdlaw.com

2

Mark K. Gyandoh
**CAPOZZI ADLER, P.C.**
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
Fax: (717) 233-4103
Email: markg@capozziadler.com

Shannon L. Hopkins (SH-1887)
Stephanie Bartone
**LEVI & KORINSKY LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (866) 367-6510
Email: shopkins@zlk.com
         sbartone@zlk.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of August 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which will send a notification to all counsel of record.

              /s/ *Lisa M. Port*
              Lisa M. Port