UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

TERRE BEACH, *et al.*, individually and on behalf
of themselves and all others similarly situated,               :

                                 Plaintiffs,               :   Civil Action
                                                17-CV-00563-JMF

          v.               :

JPMORGAN CHASE BANK, NATIONAL               :
ASSOCIATION, JPMORGAN CHASE &
COMPANY, *et al.*,               :

                                 Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**CLASS COUNSEL'S NOTICE OF MOTION FOR
ATTORNEYS' FEES, EXPENSES AND CLASS
<u>REPRESENTATIVE SERVICE AWARDS</u>**

Please take notice that Class Counsel, Kessler Topaz Meltzer & Check, LLP, hereby moves this Court for entry of an Order awarding: (1) attorneys' fees in the amount of 33% of the settlement amount (or, $2,970,000) to Plaintiffs' Counsel; (2) reimbursement of $735,931.19 in litigation expenses that Plaintiffs' Counsel incurred in connection with this action; and (3) service awards in the amount of $10,000 to each of the named Plaintiffs.

This motion is scheduled to be heard on **September 22, 2020 at 3:30 p.m.** before The Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, NY 10007. In support of this motion, Class Counsel will rely on the accompanying memorandum of law and the authorities cited therein; the Declaration of Joseph H. Meltzer (and the exhibits thereto); and all files, records and proceedings in this matter.

A proposed order is attached to this motion for the Court's consideration.

Dated:  August 21, 2020

Respectfully submitted,

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**

/s/ *Lisa M. Port*
Joseph H. Meltzer
Donna Siegel Moffa
Lisa M. Port
Joshua Materese
Jonathan F. Neumann
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
(610) 667-7056 (fax)
Email: jmeltzer@ktmc.com
        dmoffa@ktmc.com
        llambport@ktmc.com
        jmaterese@ktmc.com
        jneumann@ktmc.com

David S. Preminger
Tanya Korkhov
**KELLER ROHRBACK L.L.P.**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: 646-380-6690
Fax: 646-380-6692
Email: dpreminger@kellerrohrback.com
        tkorkhov@kellerrohrback.com

Lynn Lincoln Sarko
Derek W. Loeser
Erin M. Riley
Gretchen S. Obrist
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: 206-623-1900
Fax: 206-623-3384
Email: lsarko@kellerrohrback.com
        dloeser@kellerrohrback.com
        eriley@kellerrohrback.com
        gobrist@kellerrohrback.com

Kai Richter
Carl F. Engstrom
Jacob Schutz
*admitted in W.D.N.Y.
Mark E. Thomson
**NICHOLS KASTER, PLLP**
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-338-4878
Email: krichter@nka.com
        cengstrom@nka.com
        jschutz@nka.com
        mthomson@nka.com

Samuel H. Rudman
Evan J. Kaufman
**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Tel: 631-367-7100
Fax: 631-367-1173
Email: srudman@rgrdlaw.com
        ekaufman@rgrdlaw.com

2

Mark K. Gyandoh
**CAPOZZI ADLER, P.C.**
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
Fax: (717) 233-4103
Email: markg@capozziadler.com

Shannon L. Hopkins (SH-1887)
Stephanie Bartone
**LEVI & KORINSKY LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (866) 367-6510
Email: shopkins@zlk.com
        sbartone@zlk.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which will send a notification to all counsel of record.

/s/ *Lisa M. Port*
Lisa M. Port