UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TERRE BEACH et al.,

                 Plaintiffs,

     -v-

JPMORGAN CHASE BANK et al.,

                 Defendants.
------------------------------------------------------------------X

17-CV-563 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      The fairness hearing scheduled for **September 22, 2020,** at **3:30 p.m.** will be held remotely by teleconference. At least **twenty-four hours before the conference**, counsel shall email to the Court the names and telephone numbers of those who will have speaking roles at the conference, and the Court will provide call-in information to those counsel. All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: September 18, 2020
       New York, New York

                                                JESSE M. FURMAN
                                        United States District Judge