```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :
TERRE BEACH et al.,                                   :
                                                      :
                            Plaintiffs,               :
                                                      :
              -v-                                     :    17-CV-0563 (JMF)
                                                      :
JPMORGAN CHASE BANK et al.,                           :         ORDER
                                                      :
                            Defendants.               :
                                                      :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      The Court just received the attached letter from Robert J. Keefe regarding the settlement in this case. Plaintiffs' Counsel shall promptly contact Mr. Keefe in reference to the letter.

      SO ORDERED.

Dated: November 25, 2020
       New York, New York

                                                            JESSE M. FURMAN
                                           United States District Judge

Robert J. Keefe
310 Ingraham Lane
New Hyde Park, NY 11040-4241
Phone: 516-352-7937
Email: robert_keefe@yahoo.com

RECEIVED
2020 NOV -6 AM 9:31
U.S. CLERK'S OFFICE
U.S. COURT OF APPEALS

November 2, 2020

Clerk of the Court, Ruby J. Krajick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Reference: Civil Action No. 17-00563-JMF

Dear Ms. Krajick,

Some months ago, I received information from the United States District Court of the SDNY concerning the JPMorgan Chase 401(k) Fee Settlement. In July, I submitted the *Former Participant Rollover Form* to receive my payment through my qualified retirement account. I sent the rollover form by certified mail to the address of Analytics Consulting LLC, Chanhassen, MN.

On October 23, 2020, I submitted an email to info@jpmorganerisafeesettlement.com. Asking for verification that my form was received. I then received an email as follows:
> Our records do not indicate that any documents have been received from you. The deadline to submit a rollover form was September 12, 2020. At this point, the default method of payment is a check. Distribution is expected to be mid to late November 2020.

I then sent a scanned document of the certified mail receipt and the receipt of my document by Analytics on August 4, 2020.

I then received an email as follows:
> Based on the tracking receipts you provided, your documents have not been ingested into our database yet.

I then responded with the following:
> When will my documents be ingested into your database? (Without quoting "ingested")

- Continued

To Clerk of the Court, Ruby J. Krajick, Page 2

I have not received any further response from Analytics concerning my last question. I left a message on their answering machine (Phone number: 866-930-3729) Apparently, they accept messages on their answering machine but do not respond to the messages.

I would like to hear from Analytics that my *Former Participant Rollover Form* has been processed. I can provide the scanned receipts and emails to and from info@jpmorganerisafeesettlement.com.

**An Additional Note**
When I tried to go to the fee settlement website www.jpmorganerisafeesettlement.com I received the following warning from my internet service provider:
> Whoa, we flagged this site as malicious.
> Sure you want to go there? This site could steal your sensitive info and hijack your device with malware.

I did not continue to the site.

Sincerely,

*Robert J. Keefe*

Robert J. Keefe

Robert J. Keefe
310 Ingraham Lane
New Hyde Park, NY 11040-4241

**CERTIFIED MAIL**

7020 1810 0000 9659 3638

MID-ISLAND 117
2 NOV

U.S. POSTAGE PAID
FCM LETTER
NEW HYDE PARK, NY
11040
NOV 02, 20
AMOUNT
**$6.95**
R2304M110153-23

RECEIVED
NOV 17 2020
CLERK'S OFFICE
S.D.N.Y.

Clerk of the Court, Ruby J. Krajick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USM 40LD
SDNY

10007-150299